Case 1:20-cv-08194-AKH Document 34 Filed 07/26/23 Page 1 of 2



**Sanford Heisler Sharp, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Russell Kornblith*, Partner and General Counsel
(646) 402-5646
rkornblith@sanfordheisler.com     New York | Washington, DC | San Francisco | Palo Alto | Baltimore | Nashville | San Diego

July 26, 2023

**VIA ECF**
The Honorable Alvin K. Hellerstein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

The proposed briefing schedule is so ordered. Defendant's motion to dismiss, ECF No. 21, is denied as moot. The Clerk of Court shall terminate the motion.

/s/ Alvin Hellerstein
July 26, 2023

**Re: *United States ex rel. Steven Adler v. The Sporn Company Inc.*, No. 1:20-cv-8194-AKH**

Dear Judge Hellerstein:

This firm represents Plaintiff-Relator Steven Adler in the above-referenced action currently pending before this Court. This joint letter is submitted on behalf of all Parties. In light of the recently filed Amended Complaint, the Parties respectfully request the Court to deny Defendants' Motion to Dismiss the Complaint as moot, and grant Defendants until August 3, 2023, to file any response to the Amended Complaint.

By way of background, Plaintiff-Relator filed the original Complaint in this qui tam matter on October 2, 2020. (Dkt. 1.) The action was unsealed in January 2023. (Dkt. 6.) On June 28, 2023, Defendants moved to dismiss. (Dkt. 21.) On July 5, 2023, this Court extended the time to respond to Defendants' motion (as well as Plaintiff-Relator's Motion for Partial Summary Judgment) until July 28, 2023. (Dkt. 28.) As it stands, the following are the current deadlines in this matter:

| Events | Original Filing Date / Deadline |
| --- | --- |
| Pl.'s Mot. for Partial Summary Judgment (Dkt. 16) | June 28, 2023 |
| Defs.' Mot. to Dismiss (Dkt. 21) | June 28, 2023 |
| Am. Compl. Pursuant to R. 15(a)(1)(B) (Dkts. 29-30) | July 19, 2023 |
| Defs.' Opp'n to Mot. for Partial Summ. J. | July 28, 2023 |
| Pl.'s Opp'n to Mot. to Dismiss | July 28, 2023 |
| Pl.'s Reply in Support of Mot. for Partial Summ. J. | August 4, 2023 |
| Defs.' Reply in Support of Mot. to Dismiss | August 4, 2023 |

On July 19, 2023, Plaintiff-Relator timely filed an Amended Complaint under Rule 15(a)(1)(B). (Dkts. 29-30.)[1] The Amended Complaint added allegations responsive to Defendants'

---

[1] Plaintiff-Relator filed the Amended Complaint on July 19, 2023, as Dkt. 29, but the original filing was marked as a filing error the following day, because counsel selected only "Steven Adler" as the filing party and not "Steven Adler" and "the United States of America." Counsel promptly

Hon. Alvin K. Hellerstein
July 26, 2023
Page 2 of 2

Motion to Dismiss and also dismissed a defendant and a claim. Defendants intend to respond by filing a new Motion to Dismiss the Amended Complaint and will do so by August 3, 2023. Accordingly, the Parties agree that filing an opposition to the pending Motion to Dismiss the original Complaint would serve little purpose. As such, the Parties request the Court enter the following schedule:

| Events | Proposed Filing Date / Deadline |
| --- | --- |
| Defs.' Mot. to Dismiss Compl. (Dkt. 21, filed June 28, 2023) | Deny as Moot |
| Defs.' Opp'n to Mot. for Partial Summ. J. | July 28, 2023 (unchanged) |
| Defs.' Mot. to Dismiss Am. Compl. | August 3, 2023 |
| Pl.'s Reply in Support of Mot. for Partial Summ. J. | August 4, 2023 (unchanged) |
| Pl.'s Opp'n to Mot. to Dismiss Am. Compl. | August 17, 2023 |
| Defs.' Reply in Support of Mot. to Dismiss Am. Compl. | August 24, 2023 |

In other words, the Parties request that Defendants' pending Motion to Dismiss the Complaint, filed June 28, 2023 (Dkt. 21), be denied as moot, and that the Court set August 3, 2023, as the deadline for Defendants to file any Motion to Dismiss the Amended Complaint.

Plaintiff-Relator previously sought this relief, but the Court denied the request without prejudice pending compliance with the Court's rules. (Dkt. 32.) A previous request for an extension of time for Plaintiff-Relator to oppose Defendants' Motion to Dismiss and for Defendants to oppose Plaintiff-Relator's Motion for Partial Summary Judgment was granted by this Court. (Dkt. 28.) Except for the current deadlines set forth above, no other court dates or deadlines have been scheduled in this matter. All Parties consent to the relief sought by this Letter.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Russell Kornblith*
Russell Kornblith

---

refiled the Amended Complaint and exhibits as Dkt. 30 approximately one hour after being notified of the filing error.